THE STATE, DEFENDANT IN ERROR, v. GEORGE HILL, PLAINTIFF IN ERROR.

Argued November 20, 1906—Decided February 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Gilbert Collins* and *Thomas S. Henry.*

For the defendant in error, *Henry Young,* prosecutor of the pleas.

PER CURIAM.

The judgment in this cause is affirmed, for the reasons given by Mr. Justice Reed in his opinion in the Supreme Court, printed in 44 *Vroom* 77.

*For affirmance*—THE CHANCELLOR, GARRISON, GARRETSON, HENDRICKSON, TRENCHARD, GREEN, J.J.   6.

*For reversal*—BOGERT, VREDENBURGH, VROOM, GRAY, DILL, J.J.   5.